UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DERRICK A. GORDON,**

    **Plaintiff,**

**v.**                                                         **Case No. 5:17cv129/MCR/CJK**

**D. W. MADDOX, et al.,**

    **Defendants.**

_____/

## **ORDER**

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated May 10, 2017. ECF No. 5. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).[1] After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this order.

---

[1] Plaintiff's Petition for Writ of Mandamus, ECF No. 6, will be construed as an objection to the pending Report and Recommendation and therefore denied.

2. This action is **DISMISSED WITHOUT PREJUDICE** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for plaintiff's abuse of the judicial process.

3. Petitioner's mandamus petition seeking access to the law library (doc. 6) is **DENIED**.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of May, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**